```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**					Case No. 10-cr-132-PB

**Aaron Paley**


**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for December 1, 2010 for a period of 90 days, citing the need for additional time to allow defendant to participate in a 90-day drug treatment program and because of a scheduling conflict with defense counsel.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons, the court will continue the trial from December 1, 2010 to March 8, 2011.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The November 18, 2010 final pretrial conference is continued to February 22, 2011 at 3:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

October 28, 2010

cc: Lawrence Vogelman, Esq.
　　Terry Ollila, AUSA
　　United States Probation
　　United States Marshal